UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

CHRISTOPHER HENDERSON,                                                                 Plaintiff,

v.                                                                        Civil Action No. 3:24-cv-219-DJH-RSE

EQUIFAX INFORMATION SERVICES,
LLC and NATIONAL CREDIT
ADJUSTERS, LLC,                                                                        Defendants.

\* \* \* \* \*

**ORDER**

Plaintiff Christopher Henderson sued Defendants Equifax Information Services, LLC and National Credit Adjusters, LLC. (Docket No. 1) The Court dismissed Henderson's claims against National Credit Adjusters pursuant to a stipulation of dismissal. (D.N. 12) Henderson and Equifax subsequently filed a notice of settlement, and the Court therefore dismissed Henderson's claims against Equifax without prejudice and ordered that the parties tender an agreed order of dismissal with prejudice within seven days on March 5, 2025. (D.N. 21) After the parties failed to do so, the Court ordered the parties to show cause "why this action should not be dismissed with prejudice, stricken from the Court's docket, and closed, and why sanctions should not be imposed on counsel for persistent failure to comply with Orders of this Court." (D.N. 22) The matter was referred to U.S. Magistrate Judge Regina S. Edwards for a hearing and recommendation regarding sanctions. (*Id.*) Henderson and Equifax then filed a stipulation of dismissal. (D.N. 23) Judge Edwards issued her Report and Recommendation on April 18, 2025, recommending that no sanctions be imposed on the parties. (D.N. 25)

The time for objections to Judge Edwards recommendation has now run, with no objections filed. *See* 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(2). Because no party has objected to

1

the report and recommendation, the Court may adopt it without review. *See Thomas v. Arn*, 474 U.S. 140, 150 (1985). Nevertheless, the Court has conducted its own review of the record and finds no error in Judge Edwards's conclusions. Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1)  The Report and Recommendation of U.S. Magistrate Judge Regina S. Edwards (D.N. 25) is **ADOPTED** in full and **INCORPORATED** by reference herein.

(2)  Henderson's claims against Equifax are **DISMISSED** with prejudice. (*See* D.N. 23) The Clerk of Court is **DIRECTED** to terminate Equifax Information Services, LLC as a defendant in the record of this matter.

(3)  All claims having been resolved (*see* D.N. 12), this matter is **DISMISSED** with prejudice, **STRICKEN** from the Court's docket, and **CLOSED**.

May 16, 2025

**David J. Hale, Judge**
**United States District Court**